UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERVIN ANDERSON,

    Plaintiff(s),

v.

DAVID MUHAMMAD and
CITY OF DETROIT,

    Defendant(s).
_____/

Case No. 03-74231

Honorable Nancy G. Edmunds

## ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [69] AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [44]

This matter has come before the Court on the Magistrate Judge's August 3, 2005 Report and Recommendation. Begin fully advised in the premises and having reviewed the record and the pleadings, including objections, the Court ACCEPTS and ADOPTS the Magistrate's Report and Recommendation. Accordingly, the Court hereby orders that Defendant's motion for summary judgment is GRANTED.

SO ORDERED.

    s/Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

Dated: August 18, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 18, 2005, by electronic and/or ordinary mail.

    s/Carol A. Hemeyer
    Case Manager